IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON A. McGEE, | No. CIV.S-04-2598 LKK DAD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

This matter is before the court on plaintiff's motion for summary judgment, which was submitted upon the record and briefs on file pursuant to Local Rule 78-230(h). For the reasons explained below, plaintiff's motion will be denied.

By order filed April 15, 2005, plaintiff's amended complaint was dismissed with twenty days leave to amend. Plaintiff did not timely file a second amended complaint. Rather, on April 29, 2005, plaintiff filed a motion for summary judgment, noticing the motion for hearing on May 27, 2005. On the same day plaintiff also

/////

1

filed a motion for temporary restraining order and a motion for entry of default judgment. Those motions were not set for hearing.

Each of the defendants have filed opposition to plaintiff's motions asserting that plaintiff's motions are misplaced. Defendants argue that presently there is no operative pleading on file in this case, plaintiff's amended complaint having been dismissed and plaintiff having failed to file a second amended complaint. In his reply, plaintiff requests an extension of time to file his second amended complaint.

Having considered all written materials submitted in connection with motions, the undersigned agrees with defendants that plaintiff's various motions are misplaced at this time. There being no second amended complaint on file, even if the court were inclined to recommend that summary judgment or default judgment be granted, there simply is no pleading upon which judgment could be entered. With respect to the motion for default judgment, the court also notes that the Clerk of the Court has not entered the default of any defendant, which is a prerequisite to seeking default judgment. See Fed. R. Civ. P. 55(a).

Regarding the renewed motion for temporary restraining order, since plaintiff has yet to file a second amended complaint the undersigned presently is unable to assess whether plaintiff has shown either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of hardships tips sharply in plaintiff's favor. See Coalition for Economic Equity v. Wilson, 122 F.3d 692, 700 (9th Cir.

2

1 1997); Oakland Tribune, Inc. v. Chronicle Publ'g Co., 762 F.2d 1374,
2 1376 (9th Cir. 1985).  Indeed, whether this court even has
3 jurisdiction over the motion for temporary restraining order depends
4 on the nature of the claim(s) in plaintiff's second amended
5 complaint.  If the motion for injunctive relief raises issues
6 different from those presented in the complaint, the court likely
7 would have no jurisdiction over the motion.  See Devose v.
8 Herrington, 42 F.3d 470, 471 (8th Cir. 1994); Stewart v. U.S.
9 Immigration and Naturalization Serv., 762 F.2d 193, 198-99 (2d Cir.
10 1985).
11         Finally, with respect to plaintiff's request for extension
12 of time to file his second amended complaint, plaintiff asserts that
13 he did not become aware of the April 15, 2005 order dismissing his
14 amended complaint until May 4, 2005, which is when he received
15 defendant City of Sacramento's opposition to plaintiff's motions.
16 Plaintiff represents that he never received a copy of the order by
17 mail and that he did not obtain a copy of the order until May 5,
18 2005, the same day plaintiff filed his request for extension of time.
19 The undersigned has no reason to doubt plaintiff's representations in
20 this regard, although the court notes that plaintiff has had ample
21 time to file a second amended complaint.  Therefore, the undersigned
22 will reluctantly grant plaintiff's request for an extension of time.
23 However, plaintiff will be given ten additional days to file the
24 required pleading instead of the requested twenty days.
25 /////
26 /////

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  Plaintiff's motion for summary judgment is denied
3   without prejudice as premature;

4   2.  Plaintiff's motions for temporary restraining order and
5   entry of default judgment also are denied without prejudice as
6   premature; and

7   3.  Plaintiff's request for extension of time is granted in
8   part.  Plaintiff shall file and serve any second amended complaint
9   within ten (10) days of the date this order is filed.  Failure to
10  timely file a second amended complaint will result in a
11  recommendation of dismissal.

12  IT IS SO ORDERED.

13  DATED: June 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\mcgee2598.plmsj

4