IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERSON A. McGEE,

        Plaintiff,                  No. CIV S-04-2598 LKK DAD PS

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 23, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed August 23, 2005, are adopted in full;

2. Defendants' motions to dismiss pursuant to Rule 12(b)(6) are granted as to all defendants and this action is dismissed without further leave to amend.

DATED: September 19, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/mcgee2598.jo